EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br><br>Harry Carrasquillo Ortiz | 2023 TSPR 19<br><br>211 DPR ___ |

Número del Caso: TS-13,710

Fecha: 24 de febrero de 2023

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Harry Carrasquillo Ortiz                    TS-13,710

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de febrero de 2023.

Examinados el *Informe de la Oficina del Procurador General de Puerto Rico sobre Petición de reinstalación*, la *Contestación al Informe de la Oficina del Procurador General de Puerto Rico sobre Petición de reinstalación* que presentó el Sr. Harry Carrasquillo Ortiz, así como el *Informe y recomendación al Tribunal Supremo* que presentó la Comisión de Reputación para el Ejercicio de la Abogacía, se provee ha lugar a la reinstalación al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez proveería no ha lugar a la reinstalación.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo